# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID DACHAUER, On Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff<br><br>NBTY, INC., a Delaware corporation, and NATURE'S BOUNTY, INC., a Delaware corporation,<br><br>Defendants. | Case No.:   16-cv-00216-VC<br><br>Assigned to the Hon. Vince Chhabria<br><br>**ORDER GRANTING JOINT STIPULATION RE BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

Having considered the Parties' Stipulation Re Briefing Schedule for Motion to Dismiss, IT IS HEREBY ORDERED THAT:

The following dates regarding the briefing schedule are GRANTED as follows:

| Event | Date |
|---|---|
| Motion to Dismiss First Corrected Amended Complaint to be Filed | March 21, 2016 |
| Deadline to File Opposition to Motion to Dismiss | April 18, 2016 |
| Deadline to File Reply In Support of Motion to Dismiss | May 2, 2016 |
| Hearing on Motion to Dismiss First Corrected Amended Complaint | May 19, 2016 (or a later date convenient to the Court) |

Dated: March 22, 2016

Hon. Vince Chhabria
United States District Judge

- 1 -