A&G LAW, LLC
Robert M. Andalman (admitted *pro hac vice*)
randalman@aandglaw.com
Daniel Lis (admitted *pro hac vice*)
dlis@aandglaw.com
542 South Dearborn Street, 10th Floor
Chicago, Illinois 60605
Telephone:  312-348-7629
Facsimile: 312-279-4529

William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

Attorneys for Defendants
NBTY, INC. and NATURE'S BOUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID DACHAUER, on behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NBTY, INC. and NATURE'S BOUNTY, INC.,<br><br>Defendants. | CASE NO.: 3:16-CV-00216-VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DATES FOR FILING CASE MANAGEMENT STATEMENT AND INITIAL STATUS CONFERENCE**<br>AS MODIFIED |

This matter having come before the Court upon the Stipulation of the parties to Continue Case Management Statement date and Initial Status Conference, the Court agreeing that there is good cause, IT IS HEREBY ORDERES THAT:

1.     The date of April 5, 2016 set as the deadline to file the Case Management Statement is stricken ~~and will be reset for a date within 30 days of the Court's ruling on NBTY,~~

1  ~~Inc.'s and Nature's Bounty, Inc.'s Motion to Dismiss the Corrected First Amended Complaint~~;

2  and

3      2.    The Initial Status Conference set for April 12, 2016 is stricken to be reset for ~~a date subsequent to the filing of the Case Management Statement.~~ May 31, 2016 at 1:30 p.m.

The joint case management statement is due no later than May 24, 2016.

Dated: March 22, 2016

                      Hon. Vince Chhabria
                      United States District Judge